# Supreme Court of Kentucky

## 2023-SC-0559-T
### (2023-CA-1423)

CAITLIN HUFF; AND                                                              MOVANTS
JOSHUA HUFF

ON MOTION TO TRANSFER
COURT OF APPEALS NO. 2023-CA-1423
V.                FAYETTE CIRCUIT COURT NO. 23-CI-01684

UNIVERSITY OF KENTUCKY                                                     RESPONDENT


## ORDER DENYING MOTION TO TRANSFER

The Motion to Transfer the above-styled appeal pursuant to RAP 17(C) is

DENIED.

All sitting.  All concur.

ENTERED: February 15, 2024.

_____
CHIEF JUSTICE LAURANCE B. VANMETER